UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Anthony Michael Watson, | Case No. 22-CV-2266 (NEB/ECW) |
| Plaintiff, | |
| v. | |
| Hennepin County; City of Minneapolis; Hennepin County Sheriff's Deputies Nick Peterson and Jason Majeski, *in their individual and official capacities;* and John Vinck and Mark Doll, *in their individual and official capacities*, | **PLACEHOLDER FOR SEALED EXHIBIT TO THE AMENDED ANSWER OF CITY OF MINNEAPOLIS DEFENDANTS TO PLAINTIFF'S AMENDED COMPLAINT (DOC 30)** |
| Defendants. | |

---

This document is a Placeholder for the following item(s) to be filed with the **previously** filed Amended Answer to Amended Complaint (Doc 30) in conventional or physical form with the Clerk's Office.

This filing was not e-filed for the following reason(s):

☐ Voluminous Document (The document number of the order granting leave to file a voluminous document conventionally is required): *Enter Doc. #*

☐ Physical Object (description): *Enter Description*

☒ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media: <u>Body-worn camera video dated April 8, 2020, on flash drive to be filed</u> **under seal**

☐ Other (description): *Enter Description*

File this Placeholder in ECF in place of the item filed conventionally. File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).