# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ANTHONY MICHAEL WATSON, | Case No. 22-CV-2266 (NEB/ECW) |
| Plaintiff, | |
| v. | |
| HENNEPIN COUNTY, CITY OF MINNEAPOLIS, HENNEPIN COUNTY SHERIFF'S DEPUTIES NICK PETERSON AND JASON MAJESKI, in their individual and official capacities, and MINNEAPOLIS POLICE OFFICERS JOHN VINCK and MARK DOLL, in their individual and official capacities, | ORDER DISMISSAL OF HENNEPIN COUNTY, NICK PETERSON AND JASON MAJESKI |
| Defendants. | |

Based on the stipulation of the Plaintiff, Hennepin County, Nick Peterson and Jason Majeski filed on October 18, 2023 (ECF No. 39), IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE against Defendants Hennepin County, Nick Peterson and Jason Majeski without costs to any party.

Dated: October 18, 2023

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge